USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 14-Cr-680 (SHS) |
| -against- | : | |
| | : | ORDER |
| FELIX ORTIZ, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that Donald duBoulay, Esq. is appointed *nunc pro tunc* from February 24, 2020, to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's violation of supervised release.

Dated: New York, New York
      March 20, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.